# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159804

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JASON JAY ROBINSON,
        Defendant-Appellant.

SC: 159804
COA: 348217
St. Clair CC: 18-000145-FC

_____/

On order of the Court, the application for leave to appeal the May 15, 2019 order of the Court of Appeals is considered. We DIRECT the St. Clair County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk

s1113